**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW BATEMAN, ON HIS OWN**
**BEHALF AND ON BEHALF OF THOSE**
**SIMILARLY SITUATED,**

         **Plaintiffs,**

**-vs-**                        **Case No.  6:07-cv-1262-Orl-28GJK**

**SPACE GATEWAY SUPPORT, LLC,**

         **Defendant.**

**REPORT AND RECOMMENDATION**

**TO THE DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** **JOINT MOTION FOR APPROVAL OF SETTLEMENT AS STIPULATED FINAL JUDGMENT AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 29)**
>
> **FILED:** **January 30, 2008**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff, Andrew Bateman, Opt-in Plaintiff, Robert Wydra (collectively "Plaintiffs"), and Defendant, Space Gateway Support, LLC, jointly move the Court to approve their settlement of Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA").

The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement

is a fair and reasonable resolution of a bona fide dispute. The case involved disputed issues of FLSA coverage, which constitutes a bona fide dispute. Each party was represented by counsel, who were obligated to vigorously represent their client. The Court finds the proposed settlement of payment to Plaintiffs totaling $10,000.00 ($5,000.00 to each Plaintiff), and payment of $5,000.00 to Plaintiffs' counsel in exchange for Plaintiffs' release of claims and dismissal of the action with prejudice to be fair and reasonable.

**IT IS RECOMMENDED THAT**:

1. The Court grant the motion to approve the settlement only to the extent that it is a fair and reasonable resolution of a bona fide dispute; and

2. The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 14, 2008.

Copies furnished to:
Honorable John Antoon II

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE