UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW BATEMAN, ON HIS OWN
BEHALF AND ON BEHALF OF THOSE
SIMILARLY SITUATED,

            Plaintiffs,

-vs-                                   Case No. 6:07-cv-1262-Orl-28UAM

SPACE GATEWAY SUPPORT, LLC,

            Defendant.

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement as Stipulated Final Judgment (Doc. No. 29) filed January 30, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 14, 2008 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement as Stipulated Final Judgment is **GRANTED** to the extent that it is a fair and reasonable resolution of a bona fide dispute.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___5___ day of March, 2008.

                                                        JOHN ANTOON II
                                                       United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party